

NUMBER 13-12-00614-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MARCO A. RAMIREZ,                                                       Appellant,

v.

AMBROSIO HERNANDEZ, M. D.,                                 Appellee.

On Appeal from the 389th District Court
of Hidalgo County, Texas.

# ORDER

**Before Justices Rodriguez, Garza, and Benavides**
**Order Per Curiam**

This appeal was abated by this Court on December 9, 2013, due to an order appointing receiver for appellant. The Court hereby orders the parties to file, within

1

fourteen days of the date of this order, an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal.

Failure to respond to this order will result in reinstatement and dismissal of the appeal for want of prosecution.  *See* TEX. R. APP. P. 42.3(b),(c).

It is so ORDERED.

PER CURIAM

Delivered and filed this
the 16th day of August, 2016.

2